# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SHARON HOLMES,  )
        Plaintiff,  )    Case No. 2:12-cv-02013-JCM-CWH
vs.  )    **ORDER**
COUNTRYWIDE HOME LOANS, *et al.*,  )
        Defendants.  )

    This matter is before the Court on Plaintiff's Motion to Compel (#22), filed January 22, 2013. Pursuant to Fed. R. Civ. P. 26(d), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . ." Plaintiff has not initiated a Rule 26(f) conference and there is no discovery plan and scheduling order in place. Consequently, Plaintiff's motion is premature. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#22) is **denied**.

DATED this 25th day of January, 2013.

                                                  **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**