# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON HOLMES, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:12-cv-02013-JCM-CWH |
| vs. | )<br>) **ORDER** |
| COUNTRYWIDE HOME LOANS, *et al.*, | )<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Plaintiff's Motion to Compel (#22), filed January 22, 2013. Pursuant to Fed. R. Civ. P. 26(d), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . ." Plaintiff has not initiated a Rule 26(f) conference and there is no discovery plan and scheduling order in place. Consequently, Plaintiff's motion is premature. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#22) is **denied**.

DATED this 25th day of January, 2013.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**