# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHARON HOLMES,              )
                            )
      Plaintiff,        )   Case No.  2:12-cv-02013-JCM-CWH
                            )
vs.                         )   **ORDER**
                            )
COUNTRYWIDE HOME LOANS, *et al*., )
                            )
      Defendants.       )
_____)

      This matter is before the Court on Plaintiff's Motion to Correct Information (#23), filed January 22, 2013. Plaintiff has several motions pending. By way of this motion, Plaintiff appears to be requesting leave to file a supplement. Plaintiff, however, does not indicate what authority she is relying on for the proposed supplement or which pending motion she wishes to supplement. "The failure of the moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Local Rule 7-2(d). Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Correct Information (#23), is **denied without prejudice**.

      DATED this 1st day of February, 2013.

                                              _____
                                              **C.W. Hoffman, Jr.**
                                              **United States Magistrate Judge**