# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHARON HOLMES, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-02013-JCM-CWH |
| vs. | ) | **ORDER** |
| COUNTRYWIDE HOME LOANS, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Letter Requesting Status (#36) and Motion to Sign Warranty Deed (#37), both filed March 5, 2014.

Plaintiff, who is proceeding *pro se*, requests information regarding the status of this case and an order to compel the signing of a deed to property. On April 25, 2013, the Court entered an order granting Defendants' motion to dismiss and instructing the Clerk to enter judgment and close the case. (#32). Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail Plaintiff a copy of the Court's order (#32), the Judgment (#33), and a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Sign Warranty Deed is **denied as moot**.

DATED: March 7, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**